PS 8
(12/04)

# UNITED STATES DISTRICT COURT
## for the
## District of New Jersey

U.S.A. vs. **Aulena Clement**                                  Docket No. 09-531 (PGS)

### Petition for Action on Conditions of Pretrial Release

COMES NOW **Daniela Guido** PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant **Aulena Clement**, who pursuant to Rule 5 procedures, is scheduled to appear before the **Honorable Peter J. Sheridan** sitting in the Court at Trenton, New Jersey, on July 15, 2009.

Respectfully presenting petition for action of Court and for cause as follows:

### [SEE ATTACHED ADDENDUM]

PRAYING THAT THE COURT WILL ORDER that bail as previously set in the Middle District of Florida on December 17, 2008 be continued, as well as the following additional conditions:

1. Defendant's mother, Audrey Matthews, to serve as third party custodian.
2. Travel restricted to New Jersey, Florida, and as approved by Pretrial Services.
3. Surrender of passport/Not apply for any additional travel documents.
4. Maintain residence as approved by Pretrial Services.
5. Handle all outstanding bench warrants and pending matters.

ORDER OF COURT

Considered and ordered this 15 day of July, 2009 and ordered filed and made a part of the records in the above case.

_____
Honorable Peter J. Sheridan
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 7/15/09

_____
Daniela Guido  For DG
U.S. Pretrial Services Officer