

**Florida Medical Clinic**

**BOARD OF DIRECTORS**

PAUL HUGHES, M.D., J.D.
President
MARK EISNER, M.D.
Secretary
CHANDRESH SARAIYA, M.D.
Treasurer
DAVID SIKES, M.D.
Vice President
BARRY FRANK, M.D.
Vice President
EMILIO DOMINGUEZ, M.D.
Member-At-Large
IRA GUTTENTAG, M.D.
Member-At-Large

JOE DELATORRE
Chief Executive Officer
COLLEEN CUFFE
Chief Operating Officer

*Ms. Clement must surrender on April 12, 2010. The Marshal shall make certain Ms. Clement receives appropriate medical attention.*

SO ORDERED: *Peter M Sheridan*
DATED: 4/6/10

April 01, 2010

LETTER OF MEDICAL NECESSITY

RE: Aulena Clement
DOB: 03/07/1964

CR. 09-531 (PGS)

To Whom It May Concern:

Mrs. Clement is a 45-year-old female initially referred to our office upon the request of Dr. Antonio Castellvi who is an orthopedic spine surgeon, with a history of lower back and neck pain. At this point, she has undergone initial physical examination with review of medical history and review of diagnostic studies and has been noted to have several disc bulges in the cervical spine, as well as postsurgical changes along her lower lumbar spine, which correlate to the primary complaints of this patient. She is currently on a medication regimen placed under our supervision which includes an anti-inflammatory, as well as a muscle relaxant and mild medication for pain such as tramadol. In the interm, it has been recommended that she continue with interventional treatment aspects for her cervical neck pain at this point including cervical transforaminal epidural steroid injections, which may help the radicular pain and we may follow with lumbar transforaminal epidural steroid injections. After we have evaluated the affect of the interventional treatment options, we may consider starting her back up on physical therapy and rehabilitation at that point. We feel at this point expectations are pretty reasonable for Mrs. Clement's to be able to return to her physical activity and normal routine of activities of daily living, but we expect this to occur within the next 90-120 days. This would give us an opportunity to work on her neck, as well as her lumbar spine. In the interm, restrictions given to her are no lifting greater than 25-30 pounds and to refrain from repetitive stooping and kneeling type motions. We will continue to assess the prognosis, as well as her progress in regards to the treatment options.

Sincerely,

Edgar Daniel Ramirez, M.D.

ER: psf548581

Date of Dictation: April 01, 2010
Date of Transcription: April 02, 2010

ANESTHESIOLOGY • ALLERGY/IMMUNOLOGY • CARDIOLOGY • DERMATOLOGY • FAMILY PRACTICE • GASTROENTEROLOGY
GENERAL SURGERY • HEMATOLOGY/MEDICAL ONCOLOGY • HOSPITAL MEDICINE • INFECTIOUS DISEASES
INTERNAL MEDICINE • NEPHROLOGY • NEUROLOGY • OPHTHALMOLOGY • ORTHOPAEDICS • OTOLARYNGOLOGY
PAIN MANAGEMENT • PATHOLOGY • PHYSICAL MEDICINE & REHABILITATION • PSYCHIATRY • PULMONOLOGY
RADIOLOGY • RHEUMATOLOGY • SLEEP DISORDERS • UROLOGY • VASCULAR SURGERY

38135 MARKET SQUARE • ZEPHYRHILLS, FLORIDA 33542 • 813.780.8440